**No. 40945.**—Protests 974795–G, etc., of McKesson & Robbins, Inc., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40946.**—Protests 832008–G, etc., of William H. Masson, Inc., et al. (Baltimore, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40947.**—Protests 805561–G, etc., of New York Merchandise Co. et al. (Los Angeles, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 29, 1939

**No. 40948.**—Protest 909300–G of D. Rosen Co. (New York).

Opinion by KINCHELOE, J. The protest was sustained in accordance with stipulation of counsel.

**No. 40949.**—Protest 835536–G of U. S. Wiping Material Corp. (San Francisco).

Opinion by KINCHELOE, J. It was found that the testimony fairly showed that the merchandise consists either of so-called dish towels or tea towels made out of used flour sacks by splitting, hemming, and repairing same, and that they are bought and sold as towels in this country. On the evidence presented the protest was overruled. *National Rag & Waste Co.* v. *United States* (T. D. 49564) noted.